# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Maria Del Carmen Sanchez**<br>YOB: 1992<br>United States | PRINCIPAL | **CRIMINAL COMPLAINT**<br>Case Number:<br>M-16-1500 -M |

United States District Court
Southern District of Texas
**FILED**
AUG 1 0 2016
**Clerk of Court**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 8, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jose Ramon Gonzalez-Flores, a citizen and national of Mexico, who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Edinburg, Texas to the point of arrest near Edinburg, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 8, 2016, at approximately 6:50 p.m., Supervisory Border Patrol Agent R. Rodriguez received information about a person driving a white Chevrolet pickup truck that was supposed to hide one illegal alien in the air dam of a tractor trailer. This was supposed to happen at the Loves Truck Stop located on highway 281 north of Edinburg, Texas. Supervisor Rodriguez relayed the information to the agents working the area.

Agents A. Lopez and M. Garza responded; when the agents arrived at the Loves parking lot, they noticed a white Chevrolet pickup truck in the parking lot. They also noticed the pickup truck driving off the Loves Truck Stop into Highway 281. Based on the prior information provided by Supervisor Rodriguez, agents performed a vehicle stop to conduct an Immigration inspection. Agents approached the vehicle and noticed two females in the front seats and one male subject in the back seat. Agents identified themselves as Border Patrol Agents and questioned all the passengers as to their immigration status. The driver and front passenger were identified as Maria Del Carmen SANCHEZ and Perla Gisela HERNANDEZ both claimed to be United States citizens. The back passenger was identified as Jose GONZALEZ-Flores a citizen of Mexico illegally present in the United States.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Approved by David A. Linderman

8/10/16

Sworn to before me and subscribed in my presence,

Signature of Complainant

**Francisco Sanchez    Senior Patrol Agent**
Printed Name of Complainant

**August 10, 2016**                                                   at   **McAllen, Texas**
Date                                                                         City and State

**Nancy K. Johnson    U. S. Magistrate Judge**
Name and Title of Judicial Officer                                      Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16- 1500 -M

**RE:** Maria Del Carmen Sanchez

**CONTINUATION:**

All subjects were placed under arrest and transported to the Border Patrol Station.

Once at the Border Patrol Station, agents discovered that Maria Del Carmen SANCHEZ had been arrested and sentenced to twenty-four (24) months probation for Transportation of Illegal Aliens on August 20, 2012.

PRINCIPAL STATEMENTS:

Maria Del Carmen SANCHEZ and Perla Gisela HERNANDEZ were read their Miranda Rights and both declined to provide a sworn statement.

Perla Gilsela Hernandez is not going to be prosecuted at this time.

MATERIAL WITNESS STATEMENT:

Jose GONZALEZ-Flores was read his Miranda Rights and agreed to provide a statement without an attorney present.

Jose GONZALEZ-Flores a citizen of Mexico, stated that his brother paid $3,000.00 USD for him to be smuggled into the United States. GONZALEZ also stated that once in the United States, he stayed in several stash houses. GONZALEZ claims a man driving a blue SUV showed up to the stash house and gave him instructions to get in the SUV. Once in the SUV, the male driver told him that he was going to take him to meet the girl that was to drop him off at a gas station. GONZALEZ continued by stating that they arrived at a McDonald's restaurant parking lot and parked next to a white truck. GONZALEZ stated that the male driver gave him instructions to exit the SUV and enter the white truck. GONZALEZ also stated that once inside the white truck, the female driver asked him if he was ready and then drove him to a gas station. Once at the gas station, they parked next to a black tractor trailer and the female driver gave him instructions to climb the tractor trailer and hide inside the air dam compartment. GONZALEZ claims he told the female driver he feared for his life and did not wanted to climb the tractor trailer. GONZALEZ then stated that after a few seconds, they noticed the Border Patrol vehicle and the female driver told him to get back inside the truck and drove off. GONZALEZ also stated that the female driver gave told him that if they get pulled over by Border Patrol, to say that she is only giving him a ride to McDonald's.

Jose GONZALEZ-Flores identified Maria Del Carmen SANCHEZ through a photo lineup as the driver of the white pickup truck.